**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                                              CIVIL ACTION NO. 5:07-CV-228-DCB-JMR

ONE 2002 FORD EXPEDITION
VIN: 1FMPU16L62LA35097                                                                  DEFENDANT

**ORDER SEALING AFFIDAVIT IN SUPPORT OF PETITION FOR FORFEITURE**

UPON CONSIDERATION of the motion of the United States of America, and upon good cause shown, it is hereby

ORDERED AND ADJUDGED that the Affidavit in Support of Petition for Forfeiture filed in this action, and the government's Motion to Seal, be sealed until further order of this Court.

SO ORDERED this 20th day of December 2007, at Gulfport, Mississippi.

s/John M. Roper Sr.
UNITED STATES MAGISTRATE JUDGE