IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 5:07-CV-228DCB-JMR

ONE 2002 FORD EXPEDITION
VIN: 1FMPU16L62LA35097                                                                      DEFENDANT

ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and upon Notice of Dismissal having been filed by the United States of America, This matter is hereby dismissed without prejudice

ORDERED this   3rd   day of January, 2008.

s/ David Bramlette
SENIOR UNITED STATES DISTRICT JUDGE